# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No 18-00213-KD-B-03 |
| | ) |
| **Nicole Lasha Lewis,** | ) |
| Defendant. | ) |

## DEFENDANT'S POSITION REGRADING SENTENCING FACTORS

NOW COMES the defendant responds to the draft pre-sentence report (doc. 71) as follows:

1. The pre-sentence report should recognize that the defendant played a passive, minimal role in the offense. Lewis did not obtain the methamphetamine, she did not communicate with the buyer (UC), and she did not handle the methamphetamine or money. The PSR correctly notes that "[d]uring each buy, Brazile would drive to Mobile in a vehicle registered to Lewis, who would ride in the front passenger seat. Witherspoon would ride in the back seat. " (doc. 71 p. 4 ¶7) The drug transactions took place in the UC's vehicle, which Brazile and Witherspoon entered, but "Lewis always stayed in the passenger seat of her vehicle during the deals." (*Id.* ¶8)

The vehicle Brazile and Witherspoon used to travel from Pensacola to Mobile was titled in Lewis's name. Lewis is culpable because she knew drug deals were taking place, and she allowed her vehicle to be used. However, paragraph 8 of the pre-sentence report should be amended to reflect that it was Brazile who paid for the vehicle, and that while titled was in Lewis' name, Brazile and Lewis resided together and shared use of the vehicle

1

2. Because Lewis' involvement in the conspiracy was minimal, paragraph 19 of the pre-sentence report should reflect a -4 level role adjustment under §3B1.2(a).

3. Lewis is entitled to a -2 level reduction under § 2D1.1(b)(17) since her involvement was motivated by her intimate relationship with Brazile; she received no monetary compensation from the illegal sales; and she had minimal knowledge of the scope of the criminal undertaking in which Brazile and Witherspoon were the dominant actors.

4. The paragraph 25 total offense level should be 21.

5. The paragraph 54 guideline sentencing range should be 37-46 months.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama  36602
 (251) 432-0380

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA George A. May, Esq.
63 South Royal St., Rm. 600
Mobile, Alabama 36602

/s/ Arthur J. Madden, III
Arthur J. Madden, III